■ CALVIN R. TAYLOR, as Administrator of the Estate of HOWELEE L. TAYLOR, Deceased, Respondent, v HERMAN BLAIR et al., Defendants, and BROOKLYN UNION GAS COMPANY, Appellant.—Appeal from order, Supreme Court, New York County (Elliott Wilk, J.), entered on December 3, 1985, unanimously dismissed on the ground that appellant is not a party aggrieved. Respondent shall recover of appellant $50 costs and

disbursements of this appeal. Were we to reach the merits, we would affirm. No opinion. Concur—Murphy, P. J., Sullivan, Asch, Fein and Wallach, JJ.